RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 8 2015

Texarkana, Texas
Debra Autrey, Clerk

APPEAL NO. 06-14-00194 FILED IN

The Court of Appeals
Sixth District

JUN 0 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS

BENNIE JOHNSON, JR.,  §       Appellant,

V.                    §

THE STATE OF TEXAS,   §

                              Appellee,

Appeal from trial cause number 12F0821-102 from the District Court of Bowie County, Texas, 102nd Judicial Court.

MOTION FOR SECOND EXTENSION OF TIME TO FILE Appellant's Pro SE BRIEF IN RESPONSE TO ANDERS BRIEF.

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, BENNIE JOHNSON, Jr., Appellant-prose, and respectfully moves this Court to extend the deadline for filing my brief by ninety (90) days. In Support of, Appellant ("Johnson") would show the following:

On October 16, 2014, the jury found Johnson guilty of Aggravated Sexual Assault - Texas Penal Code § 22.021. The jury assessed punishment at Life imprisonment in the Texas Department of Criminal Justice - Institutional Division.

## II.

The current due date to file appellate pro se brief is June 17, 2015. This is Johnson second request for extension.

## III.

Johnson recieved notice by mail that his appellate attorney, Mr. Derric S. McFarland, filed an <u>Anders</u> brief on his behalf with motion to withdraw as counsel, and that Johnson had a right to file pro se brief, or response, to the <u>Anders</u> on April 22, 2015.

## IV.

Johnson was lacking some of his appellate record from Mr. McFarland which he just recieved on Friday, May 26, 2015.

## V

Johnson is unable to meet the deadline, as stated above, for the following reasons: just recieved remaining of appellate record for review; limited access to law library to a few hours a day; and has no legal education, training or sophistication in the law, therefore slowing down his research. And Stiles Unit went on lock-down slowing his research down even more on June 2, 2015.

## PRAYER

Wherefore, Premises Considered, Johnson prays that this Court grant this motion and extend the current deadline of June 17, 2015, ninety (90) days in which to file his pro se brief, extending the to September 15, 2015.

Respectfully submitted,

Bennie Johnson Jr.

Bennie Johnson Jr. Appellant-Prose
TDCJ No. 1970053
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2015, a true and correct copy of Johnson's motion for second extension of time in which to file his pro se brief was mailed to State's Attorney, Ms. Kelley Crisp, by U.S. First Class mail addressed at Bowie County District Attorney, 601 Main Street, Texarkana, Texas 75501.

Bennie Johnson Jr.
Bennie Johnson, Jr.
TDCJ No. 1970053
Appellant - Pro se

## UNSWORN DECLARATION

I, Bennie Johnson, Jr., TDCJ No. 1970053, being presently incarcerated in the Mark W. Stiles Unit of the Texas Department of Criminal Justice-ID in Jefferson County, Texas, verify and declare under penalty of perjury, persuant to Federal Law (28 U.S.C. §1746) and State Law (V.T.C.A. Civil Practice and Remedies Code §132.001 - §132.003), that the foregoing statements are true and correct. Executed on this the 2nd day of June, 2015.

Bennie Johnson Jr.
Bennie Johnson, Jr.
TDCJ No. 1970053
Appellant - Pro se